UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY ERIC GREEN,

    Petitioner,                                   Case No. 10-12824

v.                                                 Hon. John Corbett O'Meara

CARMEN PALMER,

    Respondent.

_____/

## ORDER DENYING MOTIONS FOR
## ISSUANCE OF CERTIFICATE OF APPEALABILITY
## AND TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Before the court are Petitioner's motions for a certificate of appealability and to proceed *in forma pauperis* on appeal, filed November 15, 2011. On July 1, 2011, the magistrate judge issued a report and recommendation recommending that Petitioner's petition for a writ of habeas corpus be denied. The magistrate judge also recommended that the court deny a certificate of appealability. The court adopted the report and recommendation and denied a certificate of appealability on August 19, 2011. Petitioner filed a motion for reconsideration, which was denied by the court on October 28, 2011. Petitioner filed a notice of appeal on November 15, 2011.

The court has already denied a certificate of appealability in this case, for the reasons set forth in the magistrate judge's July 1, 2011 report and recommendation. The court finds no basis to reconsider that decision.

A court may grant *in forma pauperis* status if the court finds that an appeal is being taken in good faith. See 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24 (a); Foster v. Ludwick, 208 F.

Supp. 2d 750, 765  (E.D. Mich. 2002).  Good faith requires a showing that the issues raised are not frivolous. Id.  In the present case, the court will DENY Petitioner leave to appeal *in forma pauperis,* because the appeal would be frivolous for the reasons stated in the magistrate judge's report and recommendation dated July 1, 2011.  See Allen v. Stovall*,* 156 F. Supp. 2d 791, 798 (E.D. Mich. 2001).

  SO ORDERED.

              s/John Corbett O'Meara
              United States District Judge

Date:  December 8, 2011

 I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 8, 2011, using the ECF system and/or ordinary mail.

              s/William Barkholz
              Case Manager